U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

86 Chambers Street
New York, New York 10007

July 31, 2014

*Pre-motion conference to discuss Plaintiff's motion for summary judgment is scheduled for Nov. 25, 2014 at 10:30am.*
*Dated: Aug. 5, 2014*
*White Plains, NY*

**SO ORDERED:**

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

VIA FACSIMILE
Hon. Nelson S. Román
United States District Judge
United States District Court
300 Quarropas Street
White Plains, New York 10601

Re: *Scheuering v. Slaughter, et al.*, No. 14 Civ. 932 (NSR)

Dear Judge Román:

This Office represents the United States of America (the "Government") and individual defendants Jim Grimes, Maureen Green, Maureen Judge, Bill Banowsky, Esther Gonzalez, Rebecca Detoro, and Layne Carver, as well as defendant Henry Slaughter in his official capacity (together with the Government, the "Federal Defendants"). The Federal Defendants have moved to dismiss, as have two additional individual non-federal defendants who are represented by the Proskauer law firm. These motions will be fully briefed on August 7, 2014.

On July 23, 2014, plaintiff Carl A. Scheuering filed his opposition to the motions to dismiss on the Court's electronic docket, together with a purported motion for summary judgment. *See* dkt. items 58, 60. As an initial matter, plaintiff's motion appears to be filed in contravention of Your Honor's rules. *See, e.g.*, Individual Practices in Civil Cases, Rule 3.A (requiring a pre-motion letter); Special Rules of Practice in Civil *Pro Se* Cases, Rule 7 (requiring compliance with Rule 3.A of the Individual Practices). Moreover, it appears that the pending motions to dismiss may fully dispose of this action. Accordingly, in the interests of efficiency, the Federal Defendants respectfully request that plaintiff's motion for summary judgment be held in abeyance while the Court considers the motions to dismiss. We have conferred with counsel for the non-federal defendants and are authorized to state that they join in this request and letter.

Respectfully submitted,

PREET BHARARA
United States Attorney

By: MICHAEL J. BYARS
Assistant United States Attorney
Telephone: (212) 637-2793
Facsimile: (212) 637-2717
E-mail: michael.byars@usdoj.gov

SDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/5/2014

Copies mailed/faxed 8/5/2014
Chambers of Nelson S. Román, U.S.D.J.

cc: Carl A. Scheuering, Plaintiff, *pro se* (via Federal Express)
Lawrence S. Elbaum, Esq. (via ECF)

TOTAL P.02

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARL A. SCHEUERING,<br><br>                Plaintiff,<br><br>      v.<br><br>UNITED STATES OF AMERICA, HENRY SLAUGHTER, JIM GRIMES, MAUREEN GREEN, MAUREEN A. JUDGE, BILL R. BANOWKSY, VANESSA FLEMING, GERARD BOUCHER, ESTHER GONZALEZ, R. DETORO, and LAYNE CARVER,<br><br>                Defendants. | ECF CASE<br><br>14 Civ. 932 (NSR)<br><br>**CERTIFICATE OF SERVICE** |

    I, Michael J. Byars, Assistant United States Attorney for the Southern District of New York, hereby certify that on July 31, 2014, I caused a copy of the Government's letter dated July 31, 2014, to be served by Federal Express on:

    Carl A. Scheuering, *pro se*
    12 Barnett Road West
    Monroe, New York 10950

Dated: New York, New York
       July 31, 2014

                                                                              */s/ Michael Byars*
                                                                             MICHAEL J. BYARS

PULL AND RETAIN THIS COPY BEFORE AFFIXING TO THE PACKAGE. NO POUCH NEEDED.

**FedEx** Package US Airbill    FedEx Tracking Number  8013 9216 4961

1 **From** Please print and press hard.
Date: 7/31/14
Sender's FedEx Account Number: 3551-1502-0
Sender's Name: Michael Byars    Phone: 212-637-2793
Company: US ATTORNEY'S OFFICE
Address: 86 CHAMBERS ST
City: NEW YORK   State: NY   ZIP: 10007-1825

2 **Your Internal Billing Reference**

3 **To**
Recipient's Name: Carl A. Schwerin   Phone:
Company:
Address: 12 Bennett Road West
City: Monroe   State: NY   ZIP: 10950-3542

0455688295

4 **Express Package Service**
- FedEx First Overnight
- FedEx Priority Overnight
- FedEx Standard Overnight
- FedEx 2Day A.M.
- FedEx 2Day
- FedEx Express Saver

5 **Packaging**
- FedEx Envelope
- FedEx Pak
- FedEx Box
- FedEx Tube
- Other

6 **Special Handling and Delivery Signature Options**
SATURDAY Delivery
No Signature Required
Direct Signature
Indirect Signature

Does this shipment contain dangerous goods?
- No
- Yes
- Dry Ice
- Cargo Aircraft Only

7 **Payment** Bill to:
- Sender
- Recipient
- Third Party
- Credit Card
- Cash/Check

Total Packages   Total Weight   Total Declared Value

TOTAL P.03