UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARL A. SCHEUERING,<br><br>                        Plaintiff,<br><br>       v.<br><br>UNITED STATES OF AMERICA, HENRY SLAUGHTER, JIM GRIMES, MAUREEN GREEN, MAUREEN A. JUDGE, BILL R. BANOWSKY, VANESSA FLEMING, GERARD BOUCHER, ESTHER GONZALEZ, REBECCA DETORO, and LAYNE CARTER,<br><br>                        Defendants. | ECF CASE<br><br>No. 14 Civ. 932 (NSR) (PED) |

      PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of the Federal Defendants' Motion to Dismiss and the Declaration of Mary Ellan Krcha, defendants the United States of America, Henry Slaughter,[1] Jim Grimes, Maureen Green, Maureen A. Judge, Bill R. Banowsky, Esther Gonzalez, Rebecca Detoro, and Layne Carter, by and through their attorney, Preet Bharara, United States Attorney for the Southern District of New York, will move this Court for dismissal of this action under Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.

Dated:  New York, New York
          June 23, 2014

                                                                     Respectfully submitted,

                                                                    PREET BHARARA
                                                                    United States Attorney

                                                   By:  *s/ Michael J. Byars*
                                                              MICHAEL J. BYARS
                                                             Assistant United States Attorney
                                                             Telephone:  (212) 637-2793
                                                            Facsimile:  (212) 637-2717
                                                            E-mail:  michael.byars@usdoj.gov

---

[1] This Office represents defendant Slaughter, who does not appear to have been personally served, in his official capacity only.