U.S. District Court
Southern District of New York (White Plains)

Carl A. Scheuering
    Plaintiff,

v.                          Civil Docket #7:14-cv-00932-NSR

United States of America,
    Defendant.

## DECLARATION OF MARY-ELLAN KRCHA

I, Mary-Ellan Krcha, pursuant to 28 U.S.C. §1746, declare and state as follows:

1. I am employed as the Internal Revenue Service (IRS) Claims Manager.

2. Among the duties of my office is the processing of all administrative claims filed under the Federal Tort Claims Act (FTCA) 28 U.S.C. §§1346(b), 2671-2680 for damages allegedly arising out of the negligent acts of Internal Revenue Service employees acting within the course and scope of their employment.

3. Any such administrative claim received by any Internal Revenue Service office, wherever located, is required to be forwarded to my office, in Washington, DC. There we process the claim and administratively determine its merit, as provided by law and regulations in accordance with the Act.

4. In my capacity as Claims Manager, I also maintain a database of all administrative claims presented to the Internal Revenue Service under the FTCA. The database contains FTCA claim records received from October 1, 1995 forward.

5. An examination of the Internal Revenue Service FTCA database discloses that to date, no administrative FTCA claims have been received that were filed by or on behalf of Plaintiff Carl A. Scheuering.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 19th day of March, 2014.

                                              _/s/ Mary-Ellan Krcha_
                                              Mary-Ellan Krcha