# AFFIDAVIT OF SERVICE

New York State        )
                     ) ss:
Orange County        )

The undersigned being duly sworn, deposes and says:

**SEAN O'HAURAN** (Name of person serving) is not a party to the action is over 18 years of age and is domiciled In New York. That on **July 23, 2014** (Date/time of service), deponent mailed/served the within

<u>One S.D.N.Y. filed copy of an answer to motion for dismissal for Lawrence Elbaum to both Elbaum and Michael Byars, one S.D.N.Y. filed copy of an answer to dismissal for Byars to both Elbaum and Byars, one S.D.N.Y. filed copy of an answer to summary judgment for Byars to both Elbaum and Byars, and one S.D.N.Y. filed copy of an Affidavit in support of summary judgment to both Elbaum and Byars.</u>
(Name of document[s] served)

to the following person(s)/address(es):

Lawrence Shane Elbaum           Michael J. Byars
Proskauer Rose LLP              U.S. Attorney's Office, SDNY
11 Times Square                 86 Chambers Street
New York, NY 10036              New York, NY 10007

[RECEIVED AUG -7 2014 U.S.D.C. WP stamp]

___ Service by Mail: deponent enclosed a true copy of the aforesaid documents in postpaid envelope(s) addressed to persons last known [ ] Actual Place of Residence, [X] Actual Place of Business, and deposited the envelope(s) in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

I have read and am aware of the foregoing writing. I have personal knowledge of the fore going facts and am competent to testify as to the truth of those facts if called as a witness. I declare under penalty of perjury that the foregoing facts are true and correct, and that this affidavit was executed in **Sugar Loaf**, New York on **July 23, 20**, 2014.

(Signature) _____

(Print Name) **SEAN O'HAURAN**