# AFFIDAVIT OF SERVICE

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 8/7/2014

New York State    )
                  ) ss:
Orange County     )

The undersigned being duly sworn, deposes and says:

__SGAN O'HALLORAN__ is not a party to the action is over 18 years of age and is domiciled
(Name of person serving)
In New York. That on __August 4, 2014__, deponent mailed/served the within
(Date/time of service)

<u>Two original letters (one is to be sent back in self-addressed envelope) to Pro Se Clerk's office which is a response from Carl Scheuering to a letter from Attorney Michael J. Byars to Honorable Nelson S. Román.</u>
(Name of document[s] served)

to the following person(s)/address(es):

> Pro Se Clerk
> U.S. District Court/Southern District N.Y.
> 300 Quarropas Street
> White Plains, New York 10601

RECEIVED AUG -7 2014 U.S.D.C. WP

---

✓ Service by Mail: deponent enclosed a true copy of the aforesaid documents in postpaid envelope(s) addressed to persons last known [ ] Actual Place of Residence, [✓] Actual Place of Business, and deposited the envelope(s) in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

I have read and am aware of the foregoing writing. I have personal knowledge of the fore going facts and am competent to testify as to the truth of those facts if called as a witness. I declare under penalty of perjury that the foregoing facts are true and correct, and that this affidavit was executed in __Sugar Loaf__, New York on __Aug - 4__, 2014.

(Signature) _____

(Print Name) __SGAN O'HALLORAN__